**C08 03345 RMW**

CR00-20332 RMW

FILED July 02, 2008

The Honorable Judge Whyte
United Federal Court
Northern District of California

2008 JUL -9 P 3: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Dear Honorable Judge Whyte,

    I write to you and ask for pardon of my case. I was given a sentence in your court on July 11, 2002. I have approximately 12 more months on my sentence. I am asking your honor and your court if my sentence could be reduce.

    I have recently completed the 500 hour Residental Drug and Alcohol Program (RDAP'S). I am not eligible for the early release because I am an illegal alien from Michoacan, Mexico.

    I have been a model inmate making my time useful to correct my criminal past. I have taken various programs and have had good conduct during my incarceration.

    Your honor I write to you for your consideration for a reduction of my sentence, so I could return home to my family who desperately needs me to support them. I understand that I will not be able to return to this beautiful and respectful country. If your Honor could consider a reduction in my sentence I will be full of gratitude towards you and your court.

    In closing, your Honor consideration towards reducing my sentence would assist me and my family. Thanks for your time and consideration in this matter.

Respectfully. MAURICIO JIMENEZ M.
# 99437-111

MAURICIO JIMENEZ
99437-111
FEDERAL CORRECTIONAL INSTITUTION
LA TUNA P.O. BOX 3000
ANTHONY TX. 88021

THE HONORABLE
JUDGE WHYTE
UNITED FEDERAL COURT
280 S. FIRST STREET
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CA 95113


